456 A.2d 1101

In The Interest of Caruso, a minor.

Appeal of Barry A. Caruso.

Argued December 9, 1981. Richard Hoffman, for appellant; Stephen B. Harris, Assistant District Attorney, for appellee; Patrick J. O'Conner, for amicus curiae.

Before CAVANAUGH, McEWEN and BECK, JJ.

Adjudication of delinquency affirmed.

456 A.2d 1101

Mercante, Appellant v. Maleno.

Petition for Allowance of Appeal
Denied June 21, 1983.

Argued November 18, 1981. Larry E. Coben, for appellant; Hugh M. Odza, for appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

The judgment of the learned Philadelphia County Common Pleas Court Judge Bernard J. Goodheart is affirmed.